AO 440 (Rev. 06/12) Summons in a Civil Action

# UNITED STATES DISTRICT COURT
### for the
### Middle District of Florida

| | |
|---|---|
| DAVID A. ROSE, | ) |
| Plaintiff(s) | ) |
| v. | ) Civil Action No. 8:19-cv-02895-T-60AEP |
| WHITES & ASSOCIATES, INC., | ) |
| Defendant(s) | ) |

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*  Whites & Associates, Inc.
c/o Registered Agent
TASHIMA WHITE
5500 Military Trail, Suite # 22-221
Jupiter, FL 33458

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:  Alexander J. Taylor
Sulaiman Law Group, Ltd.
2500 S. Highland Avenue, Suite 200
Lombard, IL 60148

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

CLERK OF COURT

Date: __Nov 25, 2019__    *Whitney Duppins*
Signature of Clerk or Deputy Clerk

[SERVED stamp across page]

# VERIFIED RETURN OF SERVICE

Job # 2019007781

**Client Info:**

Paul Pankiewicz - R.O.S. Consulting, Inc
23900 INDUSTRIAL DRIVE, SUITE 3
Plainfield, IL  60585

**Case Info:**

**PLAINTIFF:**
DAVID A. ROSE,
 -versus-
**DEFENDANT:**
WHITES & ASSOCIATES, INC.,

DISTRICT COURT

Court Case # **8:19-cv-02895-TPB-AEP**

**Service Info:**

Date Received by Accurate Serve: **12/12/2019** at **10:26 PM**
Service: I Served **Whites & Associates, Inc. c/o Registered Agent TASHIMA WHITE**
With: **SUMMONS IN A CIVIL ACTION**
by leaving with **JOHN DOE, AUTHORIZED TO ACCEPT**

At Business **5500 MILITARY TRAIL SUITE # 22-221 JUPITER, FL 33458**
On **12/16/2019** at **10:40 AM**
**Manner of Service: CORPORATE**
CORPORATE SERVICE: F.S. 48.081 (1)(a)(b)(c)(d), (2) or (3)

**Served Description:  (Approx)**

Age: **28**, Sex: **Male**, Race: **White-Caucasian**, Height: **6' 1"**, Weight: **150**, Hair: **Brown** Glasses:  **No**

**Service Comments:**

I **Tammy Troup** acknowledge that I am authorized to serve process, in good standing in the jurisdiction wherein the process was served and I have no interest in the above action. Under penalties of perjury, I declare that I have read the foregoing document and that the facts stated in it are true.

Tammy Troup
Lic # **2022**

**Accurate Serve of Plantation**
151 North Nob Hill Road #254
Plantation, FL 33324
Phone: (954) 770-9997

Our Job # **2019007781**




1 of 1