## UNITED STATES DISTRICT COURT
## FOR THE MIDDLE DISTRICT OF FLORIDA
## TAMPA DIVISION

DAVID A. ROSE,

      Plaintiff,

v.                                             Case No. 8:19-cv-02895-TPB-AEP

WHITES & ASSOCIATES, INC,

      Defendant.

## **PLAINTIFF'S RESPONSE TO ORDER TO SHOW CAUSE**

**NOW COMES** David A. Rose ("Plaintiff"), by and through his undersigned counsel, submitting his response to this Honorable Court's Order to Show Cause entered on February 12, 2020 [Dkt. 7] as follows:

1. On November 22, 2019, Plaintiff filed his Complaint against Whites & Associates, Inc. ("Defendant") for violations of the Fair Debt Collection Practices Act, Telephone Consumer Protection Act, and Florida Consumer Collection Practices Act. [Dkt. 1].

2. At the time of filing, Alexander J. Taylor ("Plaintiff's counsel") from Sulaiman Law Group, Ltd. ("SLG") was the attorney of record for Plaintiff.

3. On December 16, 2019, Plaintiff effectively served Defendant. [Dkt. 6].

4. On January 6, 2020, Defendant reached out to Plaintiff and initiated communications in an attempt to resolve this matter.

5. The parties continue to maintain active discussions in effort to find a resolution of this matter.

6. Plaintiff requests an additional fourteen (14) days to attempt to resolve this matter, at which point Defendant will have to answer or Plaintiff will file for an entry of default.

**WHEREFORE**, Plaintiff respectfully requests that this Honorable Court terminate the Order to Show Cause without any further action and extend Defendant's answer date 14 days.

Dated: February 21, 2020                    Respectfully Submitted,

/s/ Alexander J. Taylor
Alexander J. Taylor, Esq.
*Counsel for Plaintiff*
Admitted in the Middle District of Florida
Florida Bar Number: 1013947
Sulaiman Law Group, Ltd.
2500 South Highland Ave., Suite 200
Lombard, Illinois 60148
(331) 307-7646 (phone)
(630) 575-8188 (fax)
ataylor@sulaimanlaw.com

## CERTIFICATE OF SERVICE

I, Alexander J. Taylor, hereby certify that on February 21, 2020, caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

s/ Alexander J. Taylor
*Counsel for Plaintiff*